

# Memorandum

**To:** The Honorable Nathaniel M. Gorton, U.S. District Judge

**From:** Marlenny Ramdehal, Sr. U.S. Probation Officer

**CC:** AUSA Scott Garland; William Fick and Rebecca Chapman, ESQ.

**Date:** November 25, 2019

**Re:** Daniel Frisiello (Dkt. # 18-CR-10314) - Request to Amend Conditions of Release & Discretionary Leave

---

As Your Honor may recall, Mr. Frisiello appeared before Your Honor on April 19, 2019, having previously pled guilty to a 19-count Information. Counts 1-6 charged False Information and Hoaxes Related to Purported Biological Weapons, in violation of 18 U.S.C. § 1038(a)(1)(A); and Counts 7-19 charged Mailing Threatening Communications, in violation of 18 U.S.C. § 876(c). He was sentenced to 5 years' probation. In addition to the standard conditions of supervised release imposed, the court ordered the following special conditions:

1. You must serve 12 months in home detention with location monitoring equipment and shall pay for the costs of the program as determined under the national contract. You are responsible for returning the monitoring equipment in good condition and may be charged for replacement or repair of the equipment. You are authorized to leave your home for medical emergencies. You are also authorized, with the prior approval of the Probation Office, to leave your residence for employment, religious services, or medical or mental health treatment appointments. You shall not leave your residence for any other reason, unless explicitly approved by the U.S. Probation and Pretrial Services Office.

2. After the one-year period of home detention, you shall report in person to the U.S. Probation and Pretrial Services Office at least two times per month, or more frequently, as directed by the U.S. Probation and Pretrial Services Office.

3. You shall not knowingly have any contact, direct or indirect, with any of the victims.

4. You shall not prohibited from consuming alcohol.

5. You must participate in a mental health treatment program as directed by the Probation Office. This program may include an Anger Management component.

6. You must take all medications as directed by your mental health treatment provider.

7. You shall participate in a manualized cognitive behavioral treatment program, as directed by the Probation Office. Such program may include group sessions led by a counselor, or participation in a program administered by the Probation Office. This Program may include interactive journaling or one-on-one sessions with a U.S. Probation and Pretrial Services Officer.

1

8. You must participate in a vocational services training program, as directed by the Probation Office. Such program may include job readiness training and/or skills development training.

9. You shall not mail any letters or send any emails or other correspondence except as expressly approved by the U.S. Probation and Pretrial Services Office. You may make and mail bill payments (with billing correspondence only) without prior approval.

10. Each month, you shall provide your supervising U.S. Probation and Pretrial Services Officer a list of any correspondence mailed or emailed.

11. You shall not access the internet unless authorized by U.S. Probation and Pretrial Services. You shall not possess any computer or other device capable of connecting to the Internet, including any tablet, cell phone, or gaming console. All computers and other devices capable of accessing the internet in the residence must be password protected and the defendant shall not have access to said password. Family members' laptops must be removed from the residence when they are not present in the home.

12. You shall be required to contribute to the costs of evaluation, treatment, programming, and/or monitoring (see Special Conditions #1, #5, #7 and #8), based on the ability to pay or availability of third-party payment.

13. You must pay the balance of any restitution imposed according to a court-ordered repayment schedule.

14. You are prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligations remain outstanding.

15. You must provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorney's Office.

Mr. Frisiello commenced his term of supervised release on April 19, 2019, and has remained in compliance with all of his conditions of release. Pursuant to the conditions previously imposed, Mr. Frisiello is required to participate in a manualized cognitive behavioral treatment program. In speaking with Mr. Frisiello's mental health clinician, Jonathan Inz, Probation has determined that although Mr. Frisiello is participating in cognitive behavioral treatment, ~~although~~ it is not "manualized." The purpose of this memorandum is to seek Your Honor's permission in allowing Mr. Frisiello to continue the treatment regimen he has in place with Dr. Inz.

In addition, the Probation Department is requesting authorization to approve Mr. Frisiello for up to eight hours of discretionary leave per week. The Location Monitoring Procedures Manual (Guide to Judiciary Policy, Vol 8, Pt. F) reflects that on Post-Conviction cases, discretionary leave should not generally exceed three hours per week. Given Mr. Frisiello's circumstances and diagnosis, he has very little opportunity to socialize given his limitations, and attending family functions offer that positive socialization and help him feel as though he belongs. With the holidays fast approaching, Mr. Frisiello would like to attend several family functions, but given the three-hour discretionary leave policy, he is having difficulty understanding the policy and choosing which family event to attend.

Reviewed /Approved by:

*/s/ Joseph LaFratta*
Joseph LaFratta
Deputy Chief U.S. Probation Officer

Respectfully submitted by:

*/s/ Marlenny Ramdehal*
Marlenny Ramdehal
Senior U.S. Probation Officer

● Page 2

**The Court Orders:**

( ) Mr. Frisiello's current treatment program satisfies Special Condition #7.

(X) The Probation Department has discretion to authorize up to eight hours of discretionary leave per week.

( ) Other:

Honorable Nathaniel M. Gorton,
U.S. District Judge

_/s/ NM Gorton_

Date: 11/27/19